No. 96–8277. ROSS v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–8296. MARAVILLA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–8344. WILLIS v. DETELLA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–8360. COOPER v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 96–8362. ARNOLD v. BOARD OF COMMISSIONERS OF EFFINGHAM COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–8382. HOLMAN v. UNITED STATES PAROLE COMMISSION; and TODD v. UNITED STATES PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 96–8391. BETANCOURT-ARESTUCHE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–8407. EZEOKE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–8416. EL MUHAMMAD, AKA CRAWFORD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8417. MASON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–8421. ALLEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8424. BAILEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8425. PIERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–8427. PERALES-GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8430. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.